UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

BABYREV

   -v-　　　　　　　　　　　　　　　　　　　　No. 19 CV 11693 (LTS)

BELFI,

-------------------------------------------------------------X

LAURA TAYLOR SWAIN, DISTRICT JUDGE

## ORDER

The Court having found that the interests of justice so require the appointment of counsel for petitioner in this habeas corpus matter, the Clerk of Court is directed to designate a member of the CJA habeas panel, who is hereby ordered to assume representation of the plaintiff in the above captioned matter.

    SO ORDERED.

Dated: New York, New York
      January 13, 2020

                                                 /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                               United States District Judge