UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

VADIM BABYREV,

                                              No. 19 CV 11693-LTS

                Petitioner,

-against-

BRIAN BELFI et al.,

                Respondents.

-------------------------------------------------------x

## ORDER

The Court, having reviewed the petition and having found that the interests of justice require the appointment of counsel for Petitioner in this habeas corpus matter, hereby appoints Bobbi C. Sternheim, Esq., as counsel for Petitioner Vadim Babyrev pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A.

    SO ORDERED.

Dated: New York, New York
       January 24, 2020

                                                                      /s/ Laura Taylor Swain
                                                                     LAURA TAYLOR SWAIN
                                                                       United States District Judge

Copy Mailed to:      Vadim Babyrev
                              Kirby Forensic Psychiatric Center
                              600 East 125th St
                              Wards Island, NY 10025