UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

VADIM BABYREV,

                                Petitioner,

-against-

BRIAN BELFI et al.,

                                Respondents.

-------------------------------------------------------x

No. 19 CV 11693-LTS

ORDER

The Court has received and reviewed Petitioner's letter requesting to proceed in forma pauperis. (Docket Entry No. 15.)

The Court denied Petitioner's previous request to proceed in forma pauperis without prejudice. (Docket Entry No. 14.) Petitioner's instant request does not materially differ from his previous request. Petitioner has already paid the $5 filing fee and the Court has effectuated service of the Petition upon Respondents. Accordingly, Petitioner's request to proceed in forma pauperis is denied.

Petitioner's counsel is directed to provide a copy of this order to the Petitioner promptly.

Docket Entry Number 15 is hereby resolved.

    SO ORDERED.

Dated: New York, New York
         March 31, 2020

                                                        /s/ Laura Taylor Swain
                                                       LAURA TAYLOR SWAIN
                                                       United States District Judge