UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
VADIM BABYREV,

                                                                                                        No. 19 CV 11693-LTS

                        Petitioner,

          -against-

                                                                                      <u>ORDER</u>

BRIAN BELFI et al.,

                        Respondents.
-------------------------------------------------------x

        The Court has received and reviewed the status report prepared by Petitioner's appointed counsel.  (Docket Entry No. 24.)

        The Court appointed counsel to address whether this case may proceed without appointment of a guardian.  (Docket Entry No. 14.)  Counsel's proffer is sufficient for this case to proceed without appointment of a guardian. The Court also directed counsel to review Petitioner's "Supplemental Pleading" (Docket Entry No. 20), confer with Petitioner, and advise the Court as to how this case should proceed.  (Docket Entry No. 21.)  Counsel has advised the Court that she has been unable to confer adequately with her client due to the COVID-19 pandemic and the Kirby Forensic Psychiatric Facility's response to that crisis and its failure to facilitate consultation.

        Accordingly, the Court hereby directs the Office of the Attorney General to confer with Bobbi Sternheim, Esq,, whom the Court has appointed to represent Mr. Babyrev in this proceeding, regarding  the provision facilities for effective attorney-client communication.  The Court further orders the Office of the Attorney General to facilitate reasonable, regular attorney-client communication for Petitioner.

   The parties must file a joint status report by May 29, 2020, as to the provisions that are being made for such communication.

  SO ORDERED.

Dated: New York, New York
   May 18, 2020

                  /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
                  United States District Judge