UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

VADIM BABYREV,

      Plaintiff,

 -v-                                                 No.   1:19-CV-11693-LTS

BRIAN BELFI and ANN MARIE T.,

      Defendants.

-------------------------------------------------------x

## ORDER

On May 2, 2022, the Court issued a memorandum opinion and order (docket entry no. 52 (the "Order")) dismissing some of the plaintiff's claims with prejudice, but granting the plaintiff leave to file an amended complaint to cure deficiencies pertaining to his remaining claims by July 9, 2022.  In the Order, the Court notified the plaintiff that "[t]he amended complaint must . . . be filed by July 9, 2022," and that "[t]his action may be dismissed in its entirety, without further advance notice, if no amended complaint is timely filed."  (Order at 14.)

The July 9, 2022, deadline has passed, and plaintiff has not filed an amended complaint. The Court therefore dismisses with prejudice plaintiff's remaining claims.  The Clerk of Court is respectfully directed to close this case.

      SO ORDERED.

Dated: New York, New York             _/s/ Laura Taylor Swain_____
      March 10, 2023                        LAURA TAYLOR SWAIN
                                                           Chief United States District Judge